1

2

3            UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
4                      AT TACOMA

5

6    UNITED STATES OF AMERICA,

                    Plaintiff,              CASE NO. CR04-5530RJB

7
         v.                                 INITIAL ORDER RE:
                                            ALLEGATIONS OF VIOLATION OF
8    JOSEPH ALLEN LEWIS,                     CONDITIONS OF SUPERVISION

9
                    Defendant.
10

11          THIS MATTER came before the Court on the Petition of the United States Probation

12   Office alleging that the defendant has violated the conditions of supervision.

13          The U.S. Probation Office has filed a petition alleging violations of the terms and

14   conditions of supervision, and the defendant has been advised of the allegation. The court found

15   probable cause with regard to the allegation and scheduled a hearing on the petition to be held

16   before the **Honorable Robert J. Bryan on February 22, 2012, at 9:30am in Courtroom A.**

17          Upon a hearing on the detention issue, the Court ORDERED that the defendant

18          ☐   Be released on an appearance bond, subject to the terms and conditions set
            forth thereon.
19

20          ☒   Be detained for failing to show that he/she will not flee or pose a danger to
            any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to
21          be delivered as ordered by the court for further proceedings.

22

23

24

1      The clerks shall direct copies of this order to counsel for the United States, to counsel for

2 the defendant, the United States Marshal and to the United States Probation Office and/or

3 Pretrial Services Office.

4      Dated this 16 day of February, 2012.

7                         Karen L. Strombom

8                         United States Magistrate Judge